BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
NIKI L. MENDOZA (Bar No. 214646)
(nikim@blbglaw.com)
TAKEO A. KELLAR (Bar No. 234470)
(takeok@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
-and-
CHAD JOHNSON
(chad@blbglaw.com)
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Attorneys for Lead Plaintiff Arkansas Teacher Retirement System and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL ATLAS and GAIL ATLAS, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

ACCREDITED HOME LENDERS HOLDING CO.; JAMES KONRATH; JOSEPH J. LYDON; STUART D. MARVIN; JOHN S. BUCHANAN; DAVID E. HERTZEL; and JEFFREY W. CRAWFORD;

Defendants.

Case No. 3:07-cv-00488-H-CAB

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION**

Date: November 2, 2009
Time: 10:30 a.m.
Courtroom: 13, Fifth floor
Judge: Hon. Marilyn L. Huff

PLEASE TAKE NOTICE that, pursuant to the Court's August 4, 2009 Order [Dkt. 213], on November 2, 2009, at 10:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Marilyn L. Huff, located at the United States District Court, 940 Front Street, San Diego, California, Lead Plaintiff Arkansas Teacher Retirement System ("Lead Plaintiff") will and hereby does move the Court for an order and judgment finally approving the Settlement and dismissing the action with prejudice, and for a separate order approving the Plan of Allocation of the settlement proceeds in this action. The following documents are being submitted to the Court concurrently with this Motion: (1) [Proposed] Final Judgment and Order of Dismissal With Prejudice; and (2) [Proposed] Order Approving Plan of Allocation.

This motion is made on the grounds that: (1) the Settlement for $22 million in cash satisfies the requirements of Rule 23(e) of the Federal Rules of Civil Procedure in that the Settlement is fair, reasonable and adequate to the Class; and (2) the Plan of Allocation of the settlement proceeds is fair and equitable to Settlement Class Members. This motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities in support thereof; the Declaration of David R. Stickney in Support of Motion for Final Approval of Settlement and Plan of Allocation, and Motion for Approval of Attorneys' Fees and Expenses, and exhibits attached thereto; the Stipulation of Settlement dated as of June 23, 2009; all other pleadings filed in this case; and such additional evidence or argument as the Court may consider at the time of the hearing.

Dated: September 16, 2009

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

*/s/ David R. Stickney*
DAVID R. STICKNEY

DAVID R. STICKNEY
NIKI L. MENDOZA
TAKEO A. KELLAR
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

-and-
CHAD JOHNSON
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Attorneys for Lead Plaintiff Arkansas Teacher Retirement System and Lead Counsel to the Class*