BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
DAVID R. STICKNEY   (Bar No. 188574)
(davids@blbglaw.com)
NIKI L. MENDOZA (Bar No. 214646)
(nikim@blbglaw.com)
TAKEO A. KELLAR   (Bar No. 234470)
(takeok@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Tel:     (858) 793-0070
Fax:    (858) 793-0323
        -and-
CHAD JOHNSON
(chad@blbglaw.com)
1285 Avenue of the Americas
New York, NY  10019
Tel:     (212) 554-1400
Fax:    (212) 554-1444

*Attorneys for Lead Plaintiff Arkansas
Teacher Retirement System and
Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ATLAS and GAIL ATLAS, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>       vs.<br><br>ACCREDITED HOME LENDERS HOLDING CO.; JAMES KONRATH; JOSEPH J. LYDON; STUART D. MARVIN; JOHN S. BUCHANAN; DAVID E. HERTZEL; and JEFFREY W. CRAWFORD;<br><br>                Defendants. | Case No. 3:07-cv-00488-H-CAB<br><br>**NOTICE OF MOTION AND LEAD COUNSEL'S MOTION FOR APPROVAL OF ATTORNEYS' FEES AND EXPENSES**<br><br>Date:          November 2, 2009<br>Time:         10:30 a.m.<br>Courtroom: 13,  Fifth floor<br>Judge:        Hon. Marilyn L. Huff |

1  PLEASE TAKE NOTICE that, pursuant to the Court's August 4, 2009 Order [Dkt. 213], on November 2, 2009, at 10:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Marilyn L. Huff, located at the United States District Court, 940 Front Street, San Diego, California, Lead Counsel Bernstein Litowitz Berger & Grossmann LLP ("Lead Counsel") will and hereby does move for entry of an order awarding attorneys' fees and expenses relating to its prosecution of the claims by Lead Plaintiff Arkansas Teacher Retirement System ("Lead Plaintiff"), acting on behalf of itself and all Settlement Class Members in the above-titled action.  Lead Counsel moves the Court for an order awarding attorneys' fees of 25% of the Settlement Fund net of Court-awarded litigation expenses, or $5,317,936.16, plus reimbursement of $728,255.35 in litigation expenses.  The proposed Order Awarding Attorneys' Fees and Reimbursement of Expenses is being submitted to the Court concurrently with this Motion.

This Motion is made on the grounds that Lead Plaintiff and Lead Counsel pursued this action for over two years on a contingent fee basis, with no assurance of success, and obtained a $22 million Settlement, reflecting Lead Counsel's efforts in the face of significant risk.  This motion is based on this Notice of Motion and Motion; Memorandum of Points and Authorities in support thereof; the Declaration of David R. Stickney in Support of Motion for Final Approval of Settlement and Plan of Allocation, and Motion for Approval of Attorneys' Fees and Expenses, and exhibits attached thereto; the Stipulation of Settlement dated as of June 23, 2009; all other pleadings filed in this case; and such additional evidence or argument as the Court may consider at the time of the hearing.

Dated:  September 16, 2009                     Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP


  */s/ David R. Stickney*
   DAVID R. STICKNEY

DAVID R. STICKNEY
NIKI L. MENDOZA
TAKEO A. KELLAR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:     (858) 793-0070
Fax:    (858) 793-0323
          -and-
CHAD JOHNSON
1285 Avenue of the Americas
New York, NY  10019
Tel:     (212) 554-1400
Fax:    (212) 554-1444

*Attorneys for Lead Plaintiff Arkansas Teacher Retirement System and Lead Counsel to the Class*